Nos. 440 and 441. SOBELL *v.* UNITED STATES. C. A. 2d Cir. Motion for leave to file brief of Dr. Harold C. Urey et al., as *amici curiae,* granted. Certiorari denied. *Frank J. Donner, Arthur Kinoy, Marshall Perlin* and *Benjamin Dreyfus* for petitioner. *Solicitor General Rankin, Assistant Attorney General Tompkins, Philip R. Monahan* and *Carl G. Coben* for the United States. *Daniel G. Marshall* filed a brief for Urey et al., as *amici curiae,* urging that a writ of certiorari be granted.

No. 445. McCORKLE, PRINCIPAL KEEPER, NEW JERSEY STATE PRISON, *v.* DeVITA. C. A. 3d Cir. Certiorari denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this application. *Grover C. Richman,* Attorney General of New Jersey, *Charles V. Webb, Jr.* and *C. William Caruso* for petitioner. *Harold Alper* and *Isadore Glauberman* for respondent.

No. 68, Misc. MACKROW *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.

No. 78, Misc. CHERPAKOV *v.* UNITED STATES; and
No. 125, Misc. DARNEILLE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Gordon G. Dale* for petitioner in No. 78, Misc. Petitioner *pro se* in No. 125, Misc. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 93, Misc. GERSHON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.